HILLIARD JUDIS, Appellant, *v.* V. B. HOLDING CORPORATION, Respondent, Impleaded with Others.

(Argued June 4, 1936; decided July 8, 1936.)

*David Steckler* and *Israel Hoffman* for appellant.

*Alexander Pfeiffer* and *Morris G. Duchin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.